IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ADAMS AND ASSOCIATES, INC. ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: JFM 02cv2202 |
| ) | |
| FRED WALLACE, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Petitioner Adams and Associates, Inc. and Respondent Fred Wallace, by and through their respective counsel, stipulate that the above-captioned matter has been resolved by the parties and that, as a result, the matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred in this action.

_____
David A. Rosenberg, Esquire
Fed. Bar No. 02876
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077
*Counsel for Adams and Associates, Inc.*

_____
Frank E. Trock, Esquire
Fed. Bar No. 09793
FRANK E TROCK, P.A.
The Title Building, Suite 700
110 St. Paul Street
Baltimore, MD 21202
Telephone: (410) 783-9230
Facsimile: (410) 783-9233
*Counsel for Fred Wallace*